01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
07                                   AT SEATTLE

08    VU DANG,                                )    CASE NO. C06-76-JCC-MAT
                                              )
09             Petitioner,                    )
                                              )
10       v.                                   )    ORDER DIRECTING RESPONSE TO
                                              )    MOTION FOR TEMPORARY
11    ALBERTO R. GONZALES, *et al.*,          )    RESTRAINING ORDER
                                              )
12             Respondents.                   )
      _____ )

13

14        Petitioner, through counsel, has filed a motion for temporary restraining order. (Dkt. #8).

15    Petitioner requests in his motion for temporary restraining order that this Court issue an order

16    directing that he be immediately released from the custody of the Immigration and Customs

17    Enforcement. The Court, having reviewed petitioner's motion, and the balance of the record, does

18    hereby ORDER:

19        (1) Petitioner has not demonstrated, as is required by Rule 65(b) of the Federal Rules of

20    Civil Procedure, that he will suffer immediate and irreparable injury, loss, or damage before

21    respondent can be heard in opposition. The Court therefore construes petitioner's motion as one

22    for preliminary injunction rather than as one for temporary restraining order and directs

ORDER DIRECTING RESPONSE TO MOTION
FOR TEMPORARY RESTRAINING ORDER
PAGE -1

01 respondents to file a response to the motion no later than Friday, February 10, 2006.

02         (2)  Petitioner may file a reply in support of his motion not later than Monday, February

03 13, 2006.  The motion will be deemed ripe for consideration on that date.  The Court will also

04 consider at that time whether a hearing is necessary.

05         (3)  The Clerk shall re-note petitioner's motion for temporary restraining order (Dkt. #8)

06 on the Court's calendar for consideration February 13, 2006.

07         (4)  The Clerk shall send copies of this Order to petitioner's counsel, to the United States

08 Attorney's Office, and to the Honorable John C. Coughenour.

09         DATED this _31st_ day of _January_, 2006.

10

11                                                    _____
                                                     Mary Alice Theiler
                                                     United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

ORDER DIRECTING RESPONSE TO MOTION
FOR TEMPORARY RESTRAINING ORDER
PAGE -2